EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

MARK E. RECKTENWALD
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 5 2002

at 12 o'clock and 35 min. P.M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02-00327 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. § 922(g)(1); |
| DANIEL ISOBE, ) | 18 U.S.C. § 924(a)(2)] |
| Defendant. ) | |

ATTEST: A True Copy
WALTER A.Y.H. CHINN
Clerk, United States District
Court, District of Hawaii
By _____ Deputy

**I N D I C T M E N T**

COUNT 1

The Grand Jury charges that:

On or about June 22, 2002, in the District of Hawaii, the defendant, Daniel Isobe, having been convicted of a crime

punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, a Survival Arms, Inc., model AR-7 Explorer rifle, .22 caliber, bearing serial number A306966.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2

The Grand Jury further charges that:

On or about June 22, 2002, in the District of Hawaii, the defendant, Daniel Isobe, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce ammunition, described as: thirty-eight (38) rounds of .22 caliber Winchester ammunition.

All in violation of Title 18 United States Code,

//
//
//
//
//
//
//
//
//

Sections 922(g)(1) and 924(a)(2).

DATED: _Jul 25_, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
MARK E. RECKTENWALD
Assistant U.S. Attorney

United States v. Daniel Isobe
Cr. No.
"INDICTMENT"

3