# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

1/23/06
TP

Date: April 6, 2005

To:  United States Court of Appeals     Attn: ( )    Civil
     For the Ninth Circuit
     Office of the Clerk                              (✓)    Criminal
     95 Seventh Street
     San Francisco, California 94103          ( )    Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:            CR 02-00327HG              Appeal No:    04-10286

Short Title:     USA VS. ISOBE


| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 10 | volumes (✓) original ( ) certified copy<br>7/30/02, 9/16/02, 1/31/03, 5/8/03, 10/3/03, 10/16/03,<br>11/20/03, 12/18/03, 4/8/14, 4/8/14 |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: #56, 75 & (4/1/03 Medical Evaluation Report)


Acknowledgment: _____      Date: _____


cc: all named counsel

96

December 29, 2005

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-02-00327-HG
**Appeal Number:** 04-10286
**Short Title:** USA v. Isobe

### Volumes

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 2 | | | 0 | Certified Copy(ies) | | | |
| **Reporters Transcripts in:** | 10 | | | 0 | Certified Copy(ies) | | | |
| **Exhibits in:** | 0 | Envelopes | | 0 | Under Seal | | | |
| | 0 | Boxes | | 0 | Under Seal | | | |
| | 0 | Volumes | Volume | 0 | of record | 0 | Under Seal | |
| **State Lodged Docs in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| **Bulky Documents in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

**Other:** 1 Folder Of Sealed Documents

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.