IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 03-00327HG |
| | ) | 02 |
| Plaintiff, | ) | |
| | ) | RECEIPT FOR EXHIBITS |
| vs. | ) | |
| | ) | |
| DANIEL ISOBE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, EDRICK M.K. CHING, ESQ., Assistant U.S. Attorney, the designated Court custodian of all exhibits, acknowledge receipt of all of the Government exhibits 1 and 2 admitted in evidence.

DATED:   Honolulu, Hawaii, _____8/30/06_____.


_____Pat Redondo_____
                    Signature

Attorney for: UNITED STATES OF AMERICA

